IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONICA KRACHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 1:11-CV-4234-CAP |
| v. | ) | |
| | ) | |
| CHARLES C. HO, M.D. and | ) | |
| MARIETTA EYE CLINIC, P.A., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S DISMISSAL WITH CONSENT OF DEFENDANTS

Plaintiff Monica Krachman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses the within action. Defendants Charles C. Ho, M.D. and Marietta Eye Clinic, P.A., consent and stipulate to Plaintiff's dismissal

GARY BUNCH, P.C.

By: _____
Gary Bunch
Georgia Bar Number 094612
Attorney for Plaintiff
Monica Krachman

309 Bankhead Avenue
Carrollton, Georgia 30117
(770) 836-0405

**HUFF, POWELL & BAILEY, LLC**

By: /s/ David MacKenzie
David MacKenzie
Georgia Bar Number 796972
Attorney for Defendants
Charles C. Ho, M.D. and
Marietta Eye Clinic, P.A.

999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
(404) 892-4022

November 14, 2012

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served upon the other party a copy of **PLAINTIFF'S DISMISSAL WITH CONSENT OF DEFENDANTS** by causing a true and correct copy thereof to be faxed and mailed in a properly addressed envelope with adequate postage with the United States Postal Service to Defendants' counsel:

> David MacKenzie
> Huff, Powell & Bailey, LLC
> 999 Peachtree Street, NE
> Suite 950
> Atlanta, Georgia 30309

This 14 day of November, 2012.

By: _____
Gary Bunch